# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DOMINIQUE MONTRALL SLOAN ) | Case No. 19−35678−KRH |
| AMY CLARICE SLOAN ) | Chapter 13 |
| ) | |
| Debtors ) | |

## MOTION TO INCUR DEBT

COMES NOW, the Debtors, by counsel, and as and for their Motion to Incur Debt, state as follows:

1. The Debtors filed this case under Chapter 13 of the U.S. Bankruptcy Code on October 28, 2019.

2. The Debtors have applied for and Dallas Lease Returns has approved a loan to the Debtors in the amount of $23,936.13 plus interest at 18.45% per annum to be repaid with 72 equal monthly payments of $498.18 for the purchase of a 2017 Toyota RAV4 or similar vehicle.

3. The Debtors need to purchase the referenced vehicle because Ms. Sloan currently does not own a vehicle to commute to and from work.

4. The purchase of the vehicle is in the best interest of the Debtors and will facilitate their ability to perform under their Chapter 13 Plan filed herein.

5. The Debtors' Chapter 13 Plan has been confirmed.

WHEREFORE, the Debtors request that the Court enter an Order approving the aforesaid loan on the terms stated herein and for such other relief as the Court may deem appropriate.

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtors*

        DOMINIQUE MONTRALL SLOAN
        AMY CLARICE SLOAN

        By: /s/ James E. Kane
                Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtors*

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record who have signed up to receive such notification and by first class mail to the parties on the attached list.

        /s/ James E. Kane
        James E. Kane

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DOMINIQUE MONTRALL SLOAN ) | |
| AMY CLARICE SLOAN ) | Case No. 19−35678−KRH |
| ) | Chapter 13 |
| Debtors ) | |

**NOTICE OF MOTION**

The above Debtors have filed Motion to Incur Debt in the above matter.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then, within twenty-one (21) days from the date of this Notice you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will <u>receive</u> it on or before the date stated above, to:

  Clerk of Court
  United States Bankruptcy Court
  701 East Broad Street
  Richmond, VA 23219

You must also mail a copy to:

  James E. Kane, Esquire
  Kane & Papa, P.C.
  1313 East Cary Street
  Richmond, Virginia 23219

- Attend a hearing to be scheduled at a later date. You will receive a separate notice of hearing. <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing</u>.

3

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated: December 10, 2020

                                           DOMINIQUE MONTRALL SLOAN
                                           AMY CLARICE SLOAN

                                           By: /s/ James E. Kane
                                                    Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtors*

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record who have signed up to receive such notification and by first class mail to the parties on the attached list.

                                           /s/ James E. Kane
                                             James E. Kane

```
Label Matrix for local noticing          Exeter Finance LLC c/o AIS Portfolio Servic   LVNV Funding LLC
0422-3                                    4515 N Santa Fe Ave. Dept. APS               PO Box 10587
Case 19-35678-KRH                         Oklahoma City, OK 73118-7901                 Greenville, SC 29603-0587
Eastern District of Virginia
Richmond
Wed Dec  9 13:25:02 EST 2020

United States Bankruptcy Court            Aaron Sales and Lease                        Aaron's, Inc.
701 East Broad Street                     1015 Cobb Place Blvd NW                      PO Box 100039
Richmond, VA 23219-1888                   Kennesaw, GA 30144-3672                      Kennesaw, GA 30156-9239


Account Resolution Ass                    Bridgecrest Credit                           Carrington Mortgage Services
9301 Corbin Ave Ste 1600                  7300 E Hampton Ave                           P.O. Box 3489
Northridge, CA 91324-2515                 Suite 101                                    Anaheim, CA 92803-3489
                                          Mesa, AZ 85209-3324


Comenity Bank                             Credit Control Corporation                   Emporia Hospital Corporation
PO Box 182789                             Attn: Bankruptcy                             727 N Main Street
Columbus, OH 43218-2789                   Po Box 120568                                Emporia, VA 23847-1274
                                          Newport News, VA 23612-0568


Exeter Finance Corp                       Exeter Finance LLC                           Exeter Finance LLC c/o AIS Portfolio Service
Po Box 166008                             AIS Portfolio Services, LP                   4515 N Santa Fe Ave. Dept. APS
Irving, TX 75016-6008                     4515 N Santa Fe Ave. Dept. APS               Oklahoma City, OK 73118-7901
                                          Oklahoma City, OK 73118-7901


I.c. System, Inc                          Jack Randall                                 Jefferson Capital Systems, LLC
Attn: Bankruptcy                          28319 Southampton Pkwy                       Po Box 1999
Po Box 64378                              Courtland, VA 23837-2193                     Saint Cloud, MN 56302-0000
St. Paul, MN 55164-0378


Kool Smiles                               Medical Data Systems Inc                     Memorial Med Center
4722 N. Southside Plaza St                Attn: Bankruptcy Dept                        Attn #18117J
Richmond, VA 23224-1742                   2001 9th Ave Ste 312                         PO Box 1400
                                          Vero Beach, FL 32960-6413                    Belfast, ME 04915-0000


Midland Funding                           Midland Funding LLC                          Miramed Revenue Group
2365 Northside Dr Ste 300                 PO Box 2011                                  Attn: Bankruptcy
San Diego, CA 92108-2709                  Warren, MI 48090-2011                        360 East 22nd Street
                                                                                       Lombard, IL 60148-4924


Southern Cars Inc                         Southern Virginia Regional Med               Verizon Wireless
709 North Main                            P O Box 1022                                 P.O. Box 25505
Emporia, VA 23847-1274                    Wixom, MI 48393-1022                         Lehigh Valley, PA 18002-5505


WILMINGTON SAVINGS FUND SOCIETY, FSB,     Amy Clarice Sloan                            Dominique Montrall Sloan
Carrington Mortgage Services, LLC         4317 Presto Circle                           4317 Presto Circle
1600 South Douglass Road                  Grand Prairie, TX 75052-4339                 Grand Prairie, TX 75052-4339
Anaheim, CA 92806
( 92806-5951
```

| | | |
|---|---|---|
| James E. Kane<br>Kane & Papa, PC<br>1313 East Cary Street<br>P.O. Box 508<br>Richmond, VA 23218-0508 | John P. Fitzgerald, III<br>Office of the US Trustee - Region 4 -R<br>701 E. Broad Street, Ste. 4304<br>Richmond, VA 23219-1849 | Suzanne E. Wade<br>341 Dial 877-996-8484 Code 2385911<br>7202 Glen Forest Drive, Ste. 202<br>Richmond, VA 23226-3770 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Wilmington Savings Fund Society, FSB, As T | (d)LVNV Funding LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 | (du)WILMINGTON SAVINGS FUND SOCIETY, FSB, AS |

End of Label Matrix
Mailable recipients    32
Bypassed recipients     3
Total                  35