IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DOMINIQUE MONTRALL SLOAN | ) | Case No. 19−35678−KRH |
| AMY CLARICE SLOAN | ) | Chapter 13 |
| | ) | |
| Debtors | ) | |

### ORDER GRANTING MOTION TO INCUR DEBT

THIS MATTER came to be heard on the Motion to Incur Debt filed by the Debtors; and it

APPEARING TO THE COURT that the Debtors filed this case under Chapter 13 of the U.S. Bankruptcy Code on October 28, 2019; and it

FURTHER APPEARING that the Debtors has applied for and Dallas Lease Returns has approved a loan to the Debtors in the amount of $23,936.13 plus interest at 18.45% per annum to be repaid with 72 equal monthly payments of $498.18 for the purchase of a 2017 Toyota RAV4 or similar vehicle; the Debtors need to purchase the referenced vehicle to travel to and from work and other matters; the purchase of the vehicle is in the best interest of the Debtors and will facilitate their ability to perform under their Chapter 13 Plan filed herein; the Debtors Chapter 13 Plan has been confirmed; and there have been no objections filed to said Motion; and it

FURTHER APPEARING that Debtors Motion to Incur Debt should be granted; it is therefore

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia  23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Debtors*

ORDERED that Debtors Motion to Incur Debt be, and the same is hereby granted and the Debtors shall be permitted to borrow the amount of $23,936.13 plus interest at 18.45% per annum to be repaid with 72 equal monthly payments of $498.18 for the purchase of a 2017 Toyota RAV4 or similar vehicle.

Richmond, Virginia.

Date: Jan 15 2021

/s/ Kevin R Huennekens
United States Bankruptcy Judge

Entered on Docket: Jan 20 2021

PRESENTED BY:

/s/ James E. Kane
James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Debtor*

SEEN AND AGREED TO:

/s/ Suzanne E. Wade
Suzanne E. Wade, Chapter 13 Trustee
7202 Glen Forest Drive, Suite 202
Richmond, VA 23226

**CERTIFICATION OF COUNSEL**

2

I hereby certify that this Order has been endorsed by all necessary parties.

                                        /s/ James E. Kane
                                        James E. Kane

**SERVICE LIST**

James E. Kane, Esquire
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia 23219

Suzanne E. Wade, Chapter 13 Trustee
7202 Glen Forest Drive, Suite 202
Richmond, VA 23226

Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219