IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DOMINIQUE MONTRALL SLOAN | ) | Case No. 19−35678−KRH |
| AMY CLARICE SLOAN | ) | Chapter 13 |
| | ) | |
| Debtors | ) | |

## MOTION TO INCUR DEBT

COMES NOW, the Debtors, by counsel, and as and for their Motion to Incur Debt, state as follows:

1. The Debtors filed this case under Chapter 13 of the U.S. Bankruptcy Code on October 28, 2019.

2. The Debtors have applied for and Exeter Finance Corp has approved a loan to the Debtors in the amount of $26,319.93 plus interest at 15.06% per annum to be repaid with 72 equal monthly payments of $546.81 for the purchase of a 2020 Jeep Compass AWD or similar vehicle.

3. The Debtor needs to purchase the referenced vehicle because Ms. Sloan currently does not own a vehicle to commute to and from work.

4. The purchase of the vehicle is in the best interest of the Debtors and will facilitate their ability to perform under their Chapter 13 Plan filed herein.

5. The Debtors' Chapter 13 Plan has been confirmed.

WHEREFORE, the Debtors request that the Court enter an Order approving the aforesaid loan on the terms stated herein and for such other relief as the Court may deem appropriate.

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtors*

DOMINIQUE MONTRALL SLOAN
AMY CLARICE SLOAN


By: /s/ James E. Kane
     Counsel


James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtors*


## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 22, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record who have signed up to receive such notification and by first class mail to the parties on the attached list.

                   /s/ James E. Kane
                    James E. Kane

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DOMINIQUE MONTRALL SLOAN ) | |
| AMY CLARICE SLOAN ) | Case No. 19−35678−KRH |
| ) | Chapter 13 |
| Debtors ) | |

**NOTICE OF MOTION AND HEARING**

The above Debtors have filed Motion to Incur Debt in the above matter.

<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then, within twenty-one (21) days from the date of this Notice you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will <u>receive</u> it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA  23219

You must also mail a copy to:

    James E. Kane, Esquire
    Kane & Papa, P.C.
    1313 East Cary Street
    Richmond, Virginia  23219

- Attend a hearing scheduled for **January 27, 2021 at 12:00 p.m. at 701 E. Broad Street, Room 5000, Richmond, VA**.  <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing</u>.

3

      If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated:  January 22, 2021

                                        DOMINIQUE MONTRALL SLOAN
                                        AMY CLARICE SLOAN


                                        By: /s/ James E. Kane
                                               Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtors*


## CERTIFICATE OF SERVICE

      I hereby certify that on January 22, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record who have signed up to receive such notification and by first class mail to the parties on the attached list.

                                        /s/ James E. Kane
                                          James E. Kane

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 19-35678-KRH<br>Eastern District of Virginia<br>Richmond<br>Wed Dec  9 13:25:02 EST 2020 | Exeter Finance LLC c/o AIS Portfolio Servic<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | LVNV Funding LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 | Aaron Sales and Lease<br>1015 Cobb Place Blvd NW<br>Kennesaw, GA 30144-3672 | Aaron's, Inc.<br>PO Box 100039<br>Kennesaw, GA 30156-9239 |
| Account Resolution Ass<br>9301 Corbin Ave Ste 1600<br>Northridge, CA 91324-2515 | Bridgecrest Credit<br>7300 E Hampton Ave<br>Suite 101<br>Mesa, AZ 85209-3324 | Carrington Mortgage Services<br>P.O. Box 3489<br>Anaheim, CA 92803-3489 |
| Comenity Bank<br>PO Box 182789<br>Columbus, OH 43218-2789 | Credit Control Corporation<br>Attn: Bankruptcy<br>Po Box 120568<br>Newport News, VA 23612-0568 | Emporia Hospital Corporation<br>727 N Main Street<br>Emporia, VA 23847-1274 |
| Exeter Finance Corp<br>Po Box 166008<br>Irving, TX 75016-6008 | Exeter Finance LLC<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Exeter Finance LLC c/o AIS Portfolio Service<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| I.c. System, Inc<br>Attn: Bankruptcy<br>Po Box 64378<br>St. Paul, MN 55164-0378 | Jack Randall<br>28319 Southampton Pkwy<br>Courtland, VA 23837-2193 | Jefferson Capital Systems, LLC<br>Po Box 1999<br>Saint Cloud, MN 56302-0000 |
| Kool Smiles<br>4722 N. Southside Plaza St<br>Richmond, VA 23224-1742 | Medical Data Systems Inc<br>Attn: Bankruptcy Dept<br>2001 9th Ave Ste 312<br>Vero Beach, FL 32960-6413 | Memorial Med Center<br>Attn #18117J<br>PO Box 1400<br>Belfast, ME 04915-0000 |
| Midland Funding<br>2365 Northside Dr Ste 300<br>San Diego, CA 92108-2709 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Miramed Revenue Group<br>Attn: Bankruptcy<br>360 East 22nd Street<br>Lombard, IL 60148-4924 |
| Southern Cars Inc<br>709 North Main<br>Emporia, VA 23847-1274 | Southern Virginia Regional Med<br>P O Box 1022<br>Wixom, MI 48393-1022 | Verizon Wireless<br>P.O. Box 25505<br>Lehigh Valley, PA 18002-5505 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB,<br>Carrington Mortgage Services, LLC<br>1600 South Douglass Road<br>Anaheim, CA 92806<br>( 92806-5951 | Amy Clarice Sloan<br>4317 Presto Circle<br>Grand Prairie, TX 75052-4339 | Dominique Montrall Sloan<br>4317 Presto Circle<br>Grand Prairie, TX 75052-4339 |

| | | |
|---|---|---|
| James E. Kane<br>Kane & Papa, PC<br>1313 East Cary Street<br>P.O. Box 508<br>Richmond, VA 23218-0508 | John P. Fitzgerald, III<br>Office of the US Trustee - Region 4 -R<br>701 E. Broad Street, Ste. 4304<br>Richmond, VA 23219-1849 | Suzanne E. Wade<br>341 Dial 877-996-8484 Code 2385911<br>7202 Glen Forest Drive, Ste. 202<br>Richmond, VA 23226-3770 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Wilmington Savings Fund Society, FSB, As T | (d)LVNV Funding LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 | (du)WILMINGTON SAVINGS FUND SOCIETY, FSB, AS |

End of Label Matrix
Mailable recipients    32
Bypassed recipients     3
Total                  35